344 East 110th Street, Inc., Respondent, *v.* John Doe and Others, Defendants, Impleaded with John Houston, Appellant.

Supreme Court, Appellate Term, First Department, November 10, 1925.

**Summary proceedings to dispossess — squatter — receipts produced by tenant indicated he was tenant, not squatter — fact that he was janitor not material as to tenancy — final order of eviction reversed.**

A final order of eviction in favor of the landlord, in summary proceedings to dispossess, on the ground that defendant was a squatter, should be reversed, where it appears that rent receipts produced upon the trial by the defendant indicated that he was a tenant and not a squatter. The fact that defendant also was janitor of the premises was an independent contract, and is immaterial in the proceeding herein.

Appeal by defendant from a final order of the Municipal Court, Borough of Manhattan, Seventh District, in favor of plaintiff

establishing that defendant is a squatter after trial by a judge without a jury.

*D. W. Steele, Jr.,* for the appellant.

No appearance for the respondent.

PER CURIAM:

The receipts introduced by the defendant indicate that he was a tenant and not a squatter. The fact that he was also janitor was an independent contract which does not involve his tenancy. The evidence is that he paid twenty-eight dollars and fifty cents rent and at the same time was paid twenty dollars a month for his services. The fact that these payments were contemporaneous does not affect the situation. The final order reversed, with thirty dollars costs, and the final order directed in favor of the tenant, with costs.

Present: GUY, BIJUR and MULLAN, JJ.